BOWERS *v.* CHIPPEWA CIRCUIT JUDGE.

EQUITY PRACTICE—AMENDMENT OF BILL—PRO CONFESSO.
Under Chancery Rule 16, authorizing an amendment to a bill
of complaint " at any time before a plea, answer, or demurrer
is put in, without leave of court," a bill may be amended
after an order *pro confesso* has been entered.

*Mandamus* by Frank Bowers to compel Joseph H.
Steere, circuit judge of Chippewa county, to proceed to
the hearing of a chancery cause.  Submitted November
17, 1903.  (Calendar No. 20,214.)  Writ granted April
16, 1904.

*William A. Coutts*, for relator.

PER CURIAM.  The question presented is whether, under
Chancery Rule 16, which authorizes an amendment to a
bill of complaint at any time before plea, answer, or de-
murrer is put in, without leave of court, a bill may be
amended in a *pro confesso* case after the time limited for
appearance.

We are of the opinion that the rule covers such a case.
The defendant, in making default, does so with full knowl-
edge that the rule permits the amendment.  The circuit
judge refused to recognize such an amendment in the
present case.  In this he erred.

The writ is granted, without costs.